IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

John + Margaret Miles

vs.

Martek Biosciences et al

\* Civil Action No. CCB 09 cv 3043
\* OR
\* Criminal No.

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEC 07 2009

## RETURN OF SERVICE

I served the following documents (check all that apply):

- [x] summons
- [x] complaint and any attachments
- [ ] subpoena
- [ ] other - describe: _____

By (check method of service):

- [ ] Personal - place served: _____
- [x] Certified mail, restricted delivery - attach green card
- [ ] Left copies at subject's dwelling house or usual place of abode with person of suitable age and discretion residing therein
- [ ] Other - describe: _____

On (name of person or entity served): _____

Date of service: Dec 3, 2009

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

Signature of process server: *John D. Miles*

Date: 12.04.09

Printed name of process server: John D. Miles

Address of process server: 279 Mt. Hope Ave
Dover, N.J. 07801-1804

(Rev. 02/2001) Return of Service

Phone number of process server: 973-366-8606

(Rev. 02/2001) Return of Service

# USPS UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

## Track & Confirm

### Search Results

Label/Receipt Number: 7009 2250 0002 8392 0023
Class: **Priority Mail®**
Service(s): **Certified Mail™**
**Return Receipt**
Status: **Delivered**

Your item was delivered at 8:11 AM on December 3, 2009 in BALTIMORE, MD 21202.

Detailed Results:
- **Delivered, December 03, 2009, 8:11 am, BALTIMORE, MD 21202**
- **Acceptance, November 30, 2009, 10:48 am, WHARTON, NJ 07885**

### Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email. (Go >)

### Track & Confirm

Enter Label/Receipt Number.

(Go >)

FAQs

---

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

USPS - Track & Confirm

# UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

## Track & Confirm

### Search Results

Label/Receipt Number: 7009 2250 0002 8392 1310
Class: **Priority Mail**®
Service(s): **Certified Mail**™
**Return Receipt**
Status: **Delivered**

Your item was delivered at 8:11 AM on December 3, 2009 in BALTIMORE, MD 21202.

Detailed Results:
- **Delivered, December 03, 2009, 8:11 am, BALTIMORE, MD 21202**
- **Acceptance, November 30, 2009, 10:48 am, WHARTON, NJ 07885**

### Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email. (Go>)

### Track & Confirm

Enter Label/Receipt Number.

(Go>)

Track & Confirm
FAQs

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA