# Exhibit A



U.S. POSTAGE
PAID
WHARTON NJ
NOV 30, 09
AMOUNT

$12.65

00020275-02

1006

21202

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL** ™

7009 2250 0002 8392 0023

**To:** MARK GATELY
HOGAN & HARTSON LLP
HARBOR EAST
100 International DRIVE
SUITE 2000

Baltimore, MD 21202








7009 2250 0002 8392 1310




U.S. POSTAGE
PAID
WHARTON, NJ
07885
NOV 30 '09
AMOUNT
$13.40
00020275-02

1006    21202

**To:** MARK GATELY
HOGAN & HARTSON LLP
HARBOR EAST
100 International DRIVE
SUITE 2000

BALTIMORE, MD 21202