**In The United States District Court**
**For The District of Maryland**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2009 DEC 31  A 10: 51

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

_____

**John D. Miles, et al.,**

        **Plaintiffs,**

                                **Civil Action No.**

                                **CCB09-cv-3043**

**Martek Biosciences Corp., et al.,**

        **Defendants.**

_____

### Motion to add Steve Dubin, Martek's CEO as a additional defendant in this complaint.

Mr. Dubin became president of Martek on September 22, 2003, the day before the undisclosed Nutrinova patent infringement case was filed in the U.S.. He served as President during the purchase of Ferm Pro and was there during the massive over building of the capacity and the back door failed attempt with the FDA that was totally misrepresented to investors. Mr. Dubin moved into the CEO position when Linsert retired, moved next door based on his purchase of the florescent testing division Linsert bought from Martek. Dated December 29, 2009

                           Respectfully Submitted,

                           *John D. Miles*  12/30/09

                           John D. Miles
                           279 Mt. Hope Ave
                           Dover, NJ 07801
                           (973) 366-8606

## In The United States District Court
## For The District of Maryland

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2009 DEC 31  A 10: 51

CLERK'S OFFICE
AT BALTIMORE

DEPUTY

**John D. Miles, et al.,**
**Plaintiff,**

**V.**

Civil Action No.

**CCB-09-cv-3043**

**Martek Biosciences Corp., et al.,**
**Defendants**

---

### Certificate of Service

**I hereby Certify** that on December 30, 2009, I caused a true and correct

copy of the foregoing Reply memorandum in opposition to defendants'

motion to dismiss and motion to add Steve Dubin as a defendant in this

complaint served by first class mail

on defendants' at the following address:
Mark D. Gately
Andrea W. Trento
Hogan & Hartson
Harbor East
100 International Drive, Suite 2000
Baltimore, MD 21202

*John D. Miles*                    12/30/09

John D. Miles, Pro Se
279 Mt. Hope Ave
Dover, NJ 07801
(973) 366-8606