### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN D. MILES, et al. | : | |
| | : | |
| v. | : | CIVIL NO. CCB-09-3043 |
| | : | |
| MARTEK BIOSCIENCES CORP, et al. | : | |
| | : | |

...o0o...

## **ORDER**

Now pending before the court is the defendants' motion to dismiss for insufficient service of process. The issues in this motion have been fully briefed and no oral argument is necessary.

Plaintiffs John Miles and Margaret Miles have failed to serve process in accordance with Federal Rule of Civil Procedure 4 on any of the defendants in this case. Because the plaintiffs are proceeding *pro se*, however, the court grants them 30 days from the date of this Order to properly effect service. Summonses may be reissued by the Clerk's Office if needed. If the plaintiffs fail to effect proper service within 30 days, this case will be dismissed without prejudice.

It is hereby Ordered that the CLERK shall send a copy of this order to the plaintiffs and to counsel for the defendants.

| | |
|---|---|
| January 12, 2010 | /s/ |
| Date | Catherine C. Blake |
| | United States District Judge |