FILED _____ ENTERED
LOGGED _____ RECEIVED

FEB 1 6 2010

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

February 7, 2010

John Miles, Pro Se
279 Mt. Hope Ave
Dover, NJ 07801

United States District Court
District of Maryland
101 W. Lambard Street
Baltimore, MD 21201

      Re: John Miles v. Martek Biosciences Corp., et al.
      Civil Action No.: CCB 09-cv-03043
      Requesting Additional Time for Service

Dear Judge Blake:
I would like to request more time to effect "proper" service. Hogan & Hartson filed a motion to dismiss based on insufficient service of process. The Resident Agent for Martek Biosciences Corp. has been served as of February 3, 2010. Hogan & Hartson may not make an appearance before the court regarding this case although their office kept the complaints and summons delivered via the U.S.P.S. certified mail return receipt, which was provided to the court as proof of delivery.

There can be individual service on some of the defendants still working at Martek at their corporate headquarters and a couple can be served at their new employers location but about 6 defendants may not be locatable which may leave me summons by public notice as my only option.

Sincerely,

*John Miles*

John Miles