# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (NORTHERN DIVISION)

| | |
|---|---|
| **JOHN D. MILES, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **CIVIL ACTION NO.** |
| **v.** ) | |
| ) | **CCB09-cv-3043** |
| **MARTEK BIOSCIENCES CORP., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANTS' MOTION TO ENFORCE ORDER AND
## DISMISS ACTION FOR LACK OF PROPER SERVICE OF PROCESS

Defendants respectfully move to enforce the Court's Order in this action dated January 12, 2010 (the "January 12 Order") [Dkt No. 12]. In the January 12 Order, the Court held that Plaintiffs "failed to serve process in accordance with Federal Rules of Civil Procedure 4 on any of the defendants in this case."[1] Nevertheless, because Plaintiffs are proceeding *pro se*, the Court granted an additional thirty (30) days to properly effect service. The January 12 Order clearly states, however, that "[i]f the plaintiffs fail to effect proper service within 30 days, this case ***will be dismissed without prejudice.***"[2] Because Plaintiffs have failed to effect proper service on any Defendant within 30 days of the Court's January 12 Order, dismissal now is appropriate.

First, although more than thirty (30) days have passed since the entry of the January 12 Order, Plaintiffs have failed to serve any of the individual Defendants. Instead, Plaintiffs ask the

---

[1]   Jan. 12 Order at 1.

[2]   *Id.* (emphasis added)

Court to allow them additional time to effect service, including "by public notice."[3]  This Court, however, already has afforded Plaintiffs every opportunity to effect service in accordance with Rule 4.  Indeed, the Court could have dismissed the case in the original January 12 Order.  Thus, there is no just reason for the Court not to enforce the terms of the January 12 Order with respect to the individual Defendants.

Second, Plaintiffs are mistaken in asserting that they have effected service upon Martek. Rule 4 of the Federal Rules of Civil Procedure plainly requires a plaintiff to serve upon a defendant both a copy of the operative complaint and a summons.[4]  Nevertheless, although Plaintiffs mailed to Martek's registered agent a purported "complaint," the complaint mailed by Plaintiffs clearly is not the one filed in this case.  Instead, Plaintiffs served upon Martek's registered agent a document:  (i) never filed in this action, (ii) some nineteen (19) pages longer than the true complaint, and (iii) containing numerous substantive differences from the true complaint.[5]  Nor have Plaintiffs' complied with the requirements of either Maryland law or the Federal Rules of Civil Procedure with respect to the filing of a return of service.  Thus, Martek plainly has not been served in accordance with the requirements of Fed. R. Civ. P. 4.

Accordingly, for all of the reasons set forth herein, Defendants respectfully request that the Court enforce the January 12 Order and dismiss Plaintiffs' complaint as to all Defendants.

---

[3]  *See* Letter Mot. For Extension of Time to Effect Service at 1 [Dkt. No. 14].

[4]  *See* Fed. R. Civ. P. 4; *see also Ostler v. Utah*, 105 Fed. Appx. 232 (10th Cir. 2004) (where *pro se* plaintiff failed to serve correct complaint as required by Fed. R. Civ. P. 4, dismissal was appropriate).

[5]  *Compare* Decl. of Andrea W. Trento ("Trento Decl."), Ex. A (Plaintiff's Complaint, Dkt. No. 1), *with* Trento Decl.. Ex. B (the "complaint" served upon Martek's registered agent).

Dated:  February 22, 2010

Respectfully submitted,

_____/s/_____

Mark D. Gately (Bar #00134)
Scott R. Haiber (Bar #25947)
Andrea W. Trento (Bar #28816)
HOGAN & HARTSON LLP
Harbor East
100 International Drive, Suite 2000
Baltimore, MD  21202
Phone:  (410) 659-2700
Facsimile: (410) 659-2701
E-mail: srhaiber@hhlaw.com

Attorneys for Defendants Martek
Biosciences Corporation, Henry Linsert, Jr.,
Richard J. Radmer, Thomas C. Fisher,
Jerome C. Keller, Peter L. Buzy, George P.
Barker, Jules Blake, Robert J. Flanagan,
Ann L. Johnson, Douglas J. MacMaster,
John H. Mahar, Sandra Panem, Eugene H.
Rotberg, and James Flatt

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of February, 2010, I caused true and correct copies of the foregoing Defendants' Motion to Enforce Order and Dismiss Action for Lack of Proper Service of Process, and the accompanying Declaration of Andrea W. Trento, to be filed electronically via the Court's electronic filing system, and served by First Class Mail on Plaintiffs at the following address:

John D. Miles
279 Mt. Hope Avenue
Dover, NJ  07801-1804

Margaret T. Miles
279 Mt. Hope Avenue
Dover, NJ  07801-1804

_____/s/_____
Scott R. Haiber (Bar #25947)
HOGAN & HARTSON LLP
Harbor East
100 International Drive, Suite 2000
Baltimore, MD  21202
Phone:  (410) 659-2700
Facsimile: (410) 659-2701
E-mail: srhaiber@hhlaw.com

\\\BA - 061954/000094 - 278065 v1