**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)**

| | |
|---|---|
| **JOHN D. MILES, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **CIVIL ACTION NO.** |
| v. ) | |
| ) | **CCB09-cv-3043** |
| **MARTEK BIOSCIENCES CORP., et al.,** ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF ANDREA W. TRENTO

This Declaration of Andrea W. Trento in Support of the Defendants' Motion to Enforce Order and to Dismiss Action for Lack of Service of Process is submitted in accordance with and pursuant to 28 U.S.C. § 1746.

I, Andrea W. Trento, declare under the penalty of perjury that the following statements are true and correct. The facts stated in this declaration are known to me of my own personal knowledge.

1. I am an Associate at the law firm Hogan & Hartson L.L.P., counsel for the Defendants in the above-captioned action. I am admitted to practice in this Court.

2. Attached hereto as Exhibit A is the Complaint filed by Plaintiffs in this Action with the Clerk of Court on November 16, 2009 [Dkt No. 1] (the "Operative Complaint").

3. Attached hereto as Exhibit B is the complaint purportedly served by Plaintiffs on February 2, 2010, on Defendant Martek Biosciences Corp. ("Martek"), along with a transmittal

sheet from Martek's agent authorized to accept service of process and the summons for the Operative Complaint issued by this Court on January 26, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 22, 2010

/s/<br>Andrea W. Trento