**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)**

| | |
|---|---|
| JOHN D. MILES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | CCB09-cv-3043 |
| MARTEK BIOSCIENCES CORP., et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING OF LENGTHY DOCUMENT**

Exhibit A, which is an attachment to the Declaration of Andrea W. Trento, exists only in paper format and is longer than fifty pages. It will be filed with the Clerk's Office in paper format. I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

Dated:  February 22, 2010              Respectfully submitted,

                                        /s/
                                        Mark D. Gately (Bar #00134)
                                        Scott R. Haiber (Bar #25947)
                                        Andrea W. Trento (Bar #28816)
                                        HOGAN & HARTSON LLP
                                        Harbor East
                                        100 International Drive, Suite 2000
                                        Baltimore, MD  21202
                                        Phone:  (410) 659-2700
                                        Facsimile: (410) 659-2701
                                        E-mail: srhaiber@hhlaw.com

                                        Attorneys for Defendants Martek
                                        Biosciences Corporation, Henry Linsert, Jr.,
                                        Richard J. Radmer, Thomas C. Fisher,

Jerome C. Keller, Peter L. Buzy, George P. Barker, Jules Blake, Robert J. Flanagan, Ann L. Johnson, Douglas J. MacMaster, John H. Mahar, Sandra Panem, Eugene H. Rotberg, and James Flatt

\\\BA - 061954/000087 - 278171 v1