# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (NORTHERN DIVISION)

|  |  |
|---|---|
| **JOHN D. MILES, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **CIVIL ACTION NO.** |
| **v.** ) | |
| ) | **CCB09-cv-3043** |
| **MARTEK BIOSCIENCES CORP., et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## NOTICE OF FILING OF LENGTHY DOCUMENT

Exhibit B, which is an attachment to the Declaration of Andrea W. Trento, exists only in paper format and is longer than fifty pages.  It will be filed with the Clerk's Office in paper format.  I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

Dated:  February 22, 2010

Respectfully submitted,

/s/

Mark D. Gately (Bar #00134)
Scott R. Haiber (Bar #25947)
Andrea W. Trento (Bar #28816)
HOGAN & HARTSON LLP
Harbor East
100 International Drive, Suite 2000
Baltimore, MD  21202
Phone:  (410) 659-2700
Facsimile: (410) 659-2701
E-mail: srhaiber@hhlaw.com

Attorneys for Defendants Martek
Biosciences Corporation, Henry Linsert, Jr.,
Richard J. Radmer, Thomas C. Fisher,

Jerome C. Keller, Peter L. Buzy, George P. Barker, Jules Blake, Robert J. Flanagan, Ann L. Johnson, Douglas J. MacMaster, John H. Mahar, Sandra Panem, Eugene H. Rotberg, and James Flatt