**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JOHN D. MILES, ET AL. | : | |
| | : | |
| | : | |
| v. | : | |
| | : | Civil Action No. CCB-09-3043 |
| MARTEK BIOSCIENCES CORP. | : | |
| | : | |

...o0o...

## **ORDER**

The plaintiffs John and Margaret Miles have failed to serve properly any defendant in this case, despite being given extended time to do so. Accordingly, it is hereby **ORDERED** that:

1. the defendants' motion to enforce order (docket entry no. 15) which was not opposed, is **Granted**;

2. this case is **Dismissed without prejudice**; and

3. the Clerk shall SEND copies of this Order to plaintiffs and counsel of record.


March 16, 2010                                  /s/
Date                                                   Catherine C. Blake
                                                         United States District Judge